```
1  DAVID B. DEMO (SBN 153997); ddemo@plawp.com
   JENNY J. CHU (SBN 223077); jchu@plawp.com
2  LHB PACIFIC LAW PARTNERS, LLP
   5858 Horton Street, Suite 370
3  Emeryville, CA 94608
   Tel: (510) 841-7777
4  Fax: (510) 841-7776

5  ATTORNEYS FOR PLAINTIFFS:
   THE BURLINGTON INSURANCE COMPANY
6  AND FIRST FINANCIAL INSURANCE COMPANY
```

ORIGINAL FILED
07 SEP -7 AM 10:20
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY and FIRST FINANCIAL INSURANCE COMPANY<br><br>Plaintiffs,<br><br>v.<br><br>HOTEL SUNRISE, LLC., d.b.a. HOTEL SUNRISE; KIRIT B. PATEL a.k.a. KEN PATEL; DHARMESH B. PATEL a.k.a. DANNY PAETL, AND DOES 1 THROUGH 20,<br><br>Defendant(s). | Case No.: C 07 4625 MEJ<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: September 7, 2007         LHB PACIFIC LAW PARTNERS, LLP

                                 _____
                                 DAVID B.A. DEMO
                                 JENNY J. CHU
                                 Attorneys for Plaintiffs

1

Case No.:                        Certificate of Interested Entities or Persons