| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| DAVID B. DEMO, ESQ. (153997)<br>LHB PACIFIC LAW PARTNERS, LLP<br>5858 Horton Street<br>Emeryville, California 94608 | (510) 841-7777 | |
| Attorneys for: PLAINTIFFS | Ref. No. Or File No.<br>W2483409 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
THE BURLINGTON INSURANCE COMPANY

Defendant:
HOTEL SUNRISE, LLC, etc.

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number:<br>07 4625 MEJ |
|---|---|---|---|---|

I, Stephen Sabol, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; COMPLAINT;CERTIFICATION OF INTERESTED PARTIES OR ENTITIES; ADR DISPUTE RESOLUTION PROCEDURES; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; WELCOME TO USDC HANDOUT; NOTICE OF ASSIGNMENT TO MAGISTRATE; MAGISTRATE NOTICE; ECF REGISTRATION INFORMATION HANDOUT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant                : KIRIT B. PATEL a.k.a. KEN PATEL

By Serving               : KIRIT B. PATEL a.k.a. KEN PATEL

Address                  : 447 Valencia Street , San Francisco, California  94103
Date & Time              : Monday, September 10, 2007 @ 9:54 a.m.
Witness fees were        : Not applicable.

Person serving:
Stephen Sabol
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 382
   (3) County: San Francisco
   (4) Expires: 1/9/09

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: September 10, 2007                                Signature: _____
                                                                   Stephen Sabol


Printed on recycled paper