| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| DAVID B. DEMO, ESQ. (153997)<br>LHB PACIFIC LAW PARTNERS, LLP<br>5858 Horton Street<br>Emeryville, California 94608 | (510) 841-7777 | |
| Attorneys for: PLAINTIFFS | Ref. No. Or File No.<br>W2483409 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
THE BURLINGTON INSURANCE COMPANY

Defendant:
HOTEL SUNRISE, LLC, etc.

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number:<br>07 4625 MEJ |
|---|---|---|---|---|

I, Stephen Sabol, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; COMPLAINT; CERTIFICATION OF INTERESTED PARTIES OR ENTITIES; ADR DISPUTE RESOLUTION PROCEDURES; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; WELCOME TO USDC HANDOUT; NOTICE OF ASSIGNMENT TO MAGISTRATE; MAGISTRATE NOTICE; ECF REGISTRATION INFORMATION HANDOUT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant            : DHARMESH B. PATEL a.k.a. DANNY PATEL

By Serving           : KIRIT B. PATEL a.k.a. KEN PATEL, Brother

Address              : 447 Valencia Street , San Francisco, California 94103
Date & Time          : Monday, September 10, 2007 @ 9:54 a.m.
Witness fees were    : Not applicable.


Person serving:                          a. Fee for service:
Stephen Sabol                            d. Registered California Process Server
**Wheels of Justice, Inc.**                 (1) Employee or independent contractor
657 Mission Street, Suite 502               (2) Registration No.: 382
San Francisco, California 94105             (3) County: San Francisco
Phone: (415) 546-6000                       (4) Expires: 1/9/09

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: September 10, 2007                 Signature: _____
                                                        Stephen Sabol


Printed on recycled paper

DAVID B. DEMO, ESQ. (153997)
LHB PACIFIC LAW PARTNERS, LLP
5858 Horton Street
Emeryville, California  94608
Telephone: (510) 841-7777
Attorneys for: PLAINTIFFS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff(s)   : THE BURLINGTON INSURANCE COMPANY
Defendant(s) : HOTEL SUNRISE, LLC, etc.

Hearing Date:
Time:                Dept.

| Invoice No. W2483409 | DECLARATION RE DILIGENCE | Case No. 07 4625 MEJ |
|---|---|---|

I Stephen Sabol                               , and any employees or independent contractors retained by
WHEELS OF JUSTICE, INC. are and were on the dates mentioned herein over the age of eighteen years
and not a party to this action. Personal service was attempted on

DHARMESH B. PATEL a.k.a. DANNY PATEL

(3)  Alternate Address : ,
(2)  Business Address  : 447 Valencia Street, San Francisco, California  94103
(1)  Residence Address :Unknown,

| Date and time of attempt(s): | | Reason for non-service: | Loc |
|---|---|---|---|
| | | Business Hours 9:00 a.m. to 5:00 p.m. | |
| 9/07/07 | 5:11 p.m. | Neither one here now per night manager, Dharmesh may be here later this evening | B |
| 9/07/07 | 6:47 p.m. | Still neither one of them are here now | B |
| 9/08/07 | 10:12 a.m. | No one in the office, rang bell and waited 10 minutes - no one around | B |
| 9/09/07 | 1:58 p.m. | Not here | B |
| 9/10/07 | 6:58 a.m. | Per manager they do not come in till around 10a.m. | B |
| 9/10/07 | 9:54 a.m. | Served KIRIT B PATEL as an individual, as Authorized Agent for Hotel Sunrise and on behalf of DHARMESH B. PATEL aka DANNY PATEL. SUNRISE. | B |

This Declaration is based upon business records maintained in the normal course of business.
I declare under penalty of perjury under the laws of the State of California that the foregoing is
true and correct.
Executed on September 10, 2007            Signature: _____
                                                    Stephen Sabol

WHEELS OF JUSTICE, INC., 657 Mission Street, Suite 502 San Francisco, CA  94105  (415) 546-6000
Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| DAVID B. DEMO, ESQ. (153997)<br>LHB PACIFIC LAW PARTNERS, LLP<br>5858 Horton Street<br>Emeryville, California  94608 | (510) 841-7777 | |
| Attorneys for:   PLAINTIFFS | Ref. No. Or File No.<br>W2483409 | |

| Insert name of court, judicial district and branch court, if any: |
|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

| Plaintiff: |
|---|
| THE BURLINGTON INSURANCE COMPANY |

| Defendant: |
|---|
| HOTEL SUNRISE, LLC, etc. |

| POS BY MAIL | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07 4625 MEJ |
|---|---|---|---|---|

At the time of service I was at least 18 years of age and not a party to this action.
On September 10, 2007, I served the within :

   SUMMONS; COMPLAINT; CERTIFICATION OF INTERESTED PARTIES OR ENTITIES; ADR DISPUTE RESOLUTION PROCEDURES; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; WELCOME TO USDC HANDOUT; NOTICE OF ASSIGNMENT TO MAGISTRATE; MAGISTRATE NOTICE; ECF REGISTRATION INFORMATION HANDOUT

on the defendant in the within action by placing a true copy in a sealed envelope with postage fully prepaid for first class, in the United States mail at San Francisco, California, addressed as follows:

   DHARMESH B. PATEL a.k.a. DANNY PATEL

      447 Valencia Street
      San Francisco, California  94103

Person serving:
Edwina Galvan
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 406
   (3) County: San Francisco

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: September 10, 2007              Signature:_____
                                                Edwina Galvan



Judicial Council form, rule 982(a)  (23)