HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
RICHARD J. STRATTON - 54648
rstratton@hansonbridgett.com
ALEXANDER J. BERLINE - 158098
aberline@hansonbridgett.com
WALTER G. CRUMP - 203743
wcrump@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone:   (415) 777-3200
Facsimile:   (415) 541-9366

Attorneys for Defendants
HOTEL SUNRISE, LLC, d.b.a. HOTEL SUNRISE; KIRIT B. PATEL a.k.a. KEN PATEL,; DHARMESH B. PATEL a.k.a. DANNY PATEL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY and FIRST FINANCIAL INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>HOTEL SUNRISE, LLC., d.b.a. HOTEL SUNRISE; KIRIT B. PATEL a.k.a. KEN PATEL; DHARMESH B. PATEL a.k.a. DANNY PATEL, AND DOES 1 THROUGH 20,<br><br>Defendant(s). | No. C 07 4625 MEJ<br><br>**DECLARATION OF ALEXANDER BERLINE IN SUPPORT OF DEFENDANTS' MOTION TO: 1) DISMISS PLAINTIFFS' COMPLAINT FOR LACK OF JURISDICTION OR IN THE ALTERNATIVE, STAY PROCEEDINGS; AND 2) CHANGE TIME PURSUANT TO LOCAL RULE 6-3**<br><br>Date:   November 15, 2007<br>Time:   10:00 a.m.<br>Judge:  The Hon. Maria-Elena James |

I, ALEXANDER BERLINE, declare as follows:

1. I am an attorney at law duly licensed to practice before the courts of this state and am an insurance coverage partner at Hanson, Bridgett, Marcus, Vlahos & Rudy, LLP. I am one of the attorneys of record for Defendants Hotel Sunrise, LLC, Kirit B. Patel and Dharmesh B. Patel.

///

- 1 -

2. I have personal knowledge of the following facts, except those stated on information and belief. As to those facts, I believe them to be true. If called upon to testify, I could and would testify competently to the contents of this declaration.

3. In my capacity as an insurance coverage partner at this firm, I am the attorney who has assumed primary responsibility with regard to the day to day management of the instant action. As such, I am also the attorney who assumed primary responsibility with regard to determining how to respond to Plaintiffs' Complaint.

4. I received a copy of Plaintiffs' Complaint late in the day on September 19, 2007-- my last day of work prior to a vacation out of the country. At the time of receiving the Complaint, it was my understanding that the Complaint had been served on September 15, 2007-- making the last day to respond, October 5, 2007. I did not return to the office until October 1, 2007.

5. In light of my imminent departure, I did not analyze the insurance/jurisdictional issues presented by Plaintiffs' Complaint nor did I have time to recommend the nature of an anticipated response.

6. On information and belief, during my absence, it is my understanding that:

(a) my colleagues Richard Stratton and Walter Crump contacted Plaintiffs' Counsel for purposes of confirming the service date;

(b) through their contact with Plaintiffs' Counsel my colleagues learned that the Complaint had not been served on September 15, 2007, but rather on September 10, 2007; and

(c) my colleagues requested a brief unconditional extension of time to respond to Plaintiffs' Complaint.

7. Since returning to the office on October 1, 2007, Plaintiffs' counsel has agreed only to conditionally extend the time to respond to Plaintiffs' Complaint provided that my clients' response was an Answer.

/ / /

/ / /

/ / /

- 2 -

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own personal knowledge and that I have executed this declaration on October 5, 2007 at San Francisco, California.

                                              /s/
                                  ALEXANDER BERLINE

- 3 -

Declaration of Alexander Berline in Support of Defendants' Motion to Dismiss and Further Relief--Case No. C 07 4625 MEJ

1362193.1