HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
RICHARD J. STRATTON - 54648
rstratton@hansonbridgett.com
ALEXANDER J. BERLINE - 158098
aberline@hansonbridgett.com
WALTER G. CRUMP - 203743
wcrump@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Defendants
HOTEL SUNRISE, LLC, d.b.a. HOTEL SUNRISE; KIRIT B.
PATEL a.k.a. KEN PATEL,; DHARMESH B. PATEL a.k.a.
DANNY PATEL

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY and FIRST FINANCIAL INSURANCE COMPANY,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>HOTEL SUNRISE, LLC., d.b.a. HOTEL SUNRISE; KIRIT B. PATEL a.k.a. KEN PATEL; DHARMESH B. PATEL a.k.a. DANNY PATEL, AND DOES 1 THROUGH 20,<br><br>　　　　　Defendant(s). | No. C 07 4625 MEJ<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO: 1) DISMISS PLAINTIFFS' COMPLAINT FOR LACK OF JURISDICTION OR IN THE ALTERNATIVE, STAY PROCEEDINGS; AND 2) CHANGE TIME PURSUANT TO LOCAL RULE 6-3**<br><br>Date:　November 15, 2007<br>Time:　10:00 a.m.<br>Judge:　The Hon. Maria-Elena James |

- 1 -

Request for Judicial Notice in Support of Defendants' Motion to Dismiss and Further Relief--Case No. C 07 4625 MEJ

1362286.1

1  Defendants Hotel Sunrise, LLC; Kirit B.Patel; and Dharmesh B. Patel respectfully
2  requests that the Court take judicial notice, pursuant to Federal Rule of Evidence 201, of the
3  Complaint filed on August 4, 2007 in the action *Lastra v. Hotel Sunrise*, Case Number CGC-06-
4  454834 pending in San Francisco Superior Court. A copy of this Complaint is attached as
5  **Exhibit A** to the Complaint of the Plaintiffs to the instant action.

6  Judicial notice of court records is proper under Federal Rule of Evidence 201(b) and (d).
7  A court must take judicial notice of facts if requested by a party and supplied with the necessary
8  information. (Fed. R. Evid. 201(d).) Records of another court are judicially noticeable facts
9  pursuant to Rule 201(b) because they are matters of public record that are capable of accurate and
10 ready determination by resort to sources whose accuracy cannot be reasonably questioned. (*Id.*
11 Rule 201(b); *Shaw v. Hahn*, 56 F.3d 1128 (9th Cir. 1995).) Moreover, a court may properly look
12 beyond the complaint to matters of public record and doing so does not convert a Rule 12(b)(6)
13 motion to one for summary judgment. (*Shaw*, 56 F.3d at 1129, fn.1.)

DATED: October 5, 2007         HANSON, BRIDGETT, MARCUS, VLAHOS &
                               RUDY, LLP


                               By: _____S/_____
                               WALTER CRUMP
                               Hotel Sunrise, LLC; Kirit B.Patel; and Dharmesh B.
                               Patel

- 2 -

Request for Judicial Notice in Support of Defendants' Motion to Dismiss and
Further Relief--Case No. C 07 4625 MEJ                                          1362286.1