1  HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
   RICHARD J. STRATTON - 54648
2  rstratton@hansonbridgett.com
   ALEXANDER J. BERLINE - 158098
3  aberline@hansonbridgett.com
   WALTER G. CRUMP - 203743
4  wcrump@hansonbridgett.com
   425 Market Street, 26th Floor
5  San Francisco, CA  94105
   Telephone:    (415) 777-3200
6  Facsimile:    (415) 541-9366

7  Attorneys for Defendants
   HOTEL SUNRISE, LLC, d.b.a. HOTEL SUNRISE; KIRIT B.
8  PATEL a.k.a. KEN PATEL,; DHARMESH B. PATEL a.k.a.
   DANNY PATEL

9

## UNITED STATES DISTRICT COURT

10

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

## SAN FRANCISCO DIVISION

12

13

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY and FIRST FINANCIAL INSURANCE COMPANY,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>HOTEL SUNRISE, LLC., d.b.a. HOTEL SUNRISE; KIRIT B. PATEL a.k.a. KEN PATEL; DHARMESH B. PATEL a.k.a. DANNY PATEL, AND DOES 1 THROUGH 20,<br><br>　　　　Defendant(s). | No. C 07 4625 MEJ<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR LACK OF JURISDICTION**<br><br>Date:   November 15, 2007<br>Time:  10:00 a.m.<br>Dept:  Courtroom B, 15th Floor<br>Judge: The Hon. Maria-Elena James |

- 1 -

1   HOTEL SUNRISE, LLC.'s, KIRIT B. PATEL's and DHARMESH B. PATEL's
2   ("Defendants") Motion to: 1) Dismiss Plaintiffs' Complaint for Lack of Jurisdiction or in the
3   Alternative, Stay Proceedings; and, if Necessary, 2) Change Time Pursuant to Local Rule 6-3 was
4   heard on November 15, 2007 at 10:00 a.m. in Courtroom B, 15th Floor of the above-captioned
5   court, the Honorable Maria-Elena James presiding.
6   David Demo appeared on behalf of Plaintiffs THE BURLINGTON INSURANCE
7   COMPANY and FIRST FINANCIAL INSURANCE COMPANY ("Plaintiffs"). Alexander
8   Berline appeared on behalf of Defendants.
9   Having reviewed the pleadings, moving, opposing and reply papers and all the papers
10  filed herein, having heard the arguments of counsel, and good cause appearing therefore, IT IS
11  HEREBY ORDERED that Defendants' Motion to Dismiss is GRANTED on the grounds that this
12  Court declines to exercise jurisdiction. The granting of Defendants' Motion to Dismiss renders
13  the other relief sought in Defendants' moving papers moot.

15  SO ORDERED.

17  Dated: _____, 2007

19  _____
    THE HON. MARIA-ELENA JAMES
    UNITED STATES DISTRICT COURT JUDGE

[Proposed] Order Granting Defendants' Motion to Dismiss--Case No. C 07 4625 MEJ

1362312.1