IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY and FIRST FINANCIAL INSURANCE COMPANY,<br><br>    Plaintiffs,<br><br>v.<br><br>HOTEL SUNRISE, LLC dba HOTEL SUNRISE; KIRIT B. PATEL aka KEN PATEL; DHARMESH B. PATEL aka DANNY PATEL; and DOES 1 THROUGH 20,<br><br>    Defendants. | Case No.: C 07-04625 MEJ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: October 8, 2007

Signature: _[signature]_
Counsel for Plaintiffs THE BURLINGTON INSURANCE COMPANY and FIRST FINANCIAL INSURANCE COMPANY

1

Case No.: C 07-04625 MEJ          DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE