# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

BURLINGTON INSURANCE CO.,et al,                )
                                                )
                        Plaintiff (s)           )     CASE  NO. C-07-4625 MEJ
                                                )
              v.                                )     **NOTICE OF IMPENDING
                                                )     REASSIGNMENT TO A
                                                )     UNITED STATES
HOTEL SUNRISE, LLC,                             )     DISTRICT COURT JUDGE**
                                                )
                        Defendant (s)           )
_____        )

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

__X__  (1)  One or more of the parties has requested reassignment to a United States District Judge, or

_____  (2)  One or more of the parties has sought  a kind of judicial action (e.g., a temporary restraining order) that a Magistrate Judge may not take without the consent of  all parties, the necessary consents have not been secured, and time is of the essence.

_____  (3)  One or more of the parties is without counsel and have not made the necessary consent to proceed before a Magistrate Judge within 30 days.

All previous hearing dates are hereby  **VACATED.**

Dated:   October 10, 2007

_____
Maria-Elena James
United States Magistrate Judge


_____
By: Brenda Tolbert, Deputy Clerk