1  HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
   RICHARD J. STRATTON - 54648
2  rstratton@hansonbridgett.com
   ALEXANDER J. BERLINE - 158098
3  aberline@hansonbridgett.com
   WALTER G. CRUMP - 203743
4  wcrump@hansonbridgett.com
   425 Market Street, 26th Floor
5  San Francisco, CA  94105
   Telephone:    (415) 777-3200
6  Facsimile:    (415) 541-9366

7  Attorneys for Defendants
   HOTEL SUNRISE, LLC, d.b.a. HOTEL SUNRISE; KIRIT B.
8  PATEL a.k.a. KEN PATEL,; DHARMESH B. PATEL a.k.a.
   DANNY PATEL

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY and FIRST FINANCIAL INSURANCE COMPANY,<br><br>          Plaintiffs,<br><br>     v.<br><br>HOTEL SUNRISE, LLC., d.b.a. HOTEL SUNRISE; KIRIT B. PATEL a.k.a. KEN PATEL; DHARMESH B. PATEL a.k.a. DANNY PATEL, AND DOES 1 THROUGH 20,<br><br>          Defendant(s). | No. C 07 4625 MJJ<br><br>**DEFENDANTS' RE-NOTICE OF MOTION AND MOTION TO: 1) DISMISS PLAINTIFFS' COMPLAINT FOR LACK OF JURISDICTION OR IN THE ALTERNATIVE, STAY PROCEEDINGS; AND, IF NECESSARY, 2) CHANGE TIME PURSUANT TO LOCAL RULE 6-3**<br><br>Date:  December 4, 2007<br>Time:  9:30 a.m.<br>Judge: The Hon. Martin J. Jenkins |

**DEFENDANTS' RE-NOTICE OF MOTION AND MOTION TO: 1) DISMISS PLAINTIFFS' COMPLAINT FOR LACK OF JURISDICTION OR IN THE ALTERNATIVE, STAY PROCEEDINGS; AND 2) CHANGE TIME PURSUANT TO LOCAL RULE 6-3**

TO DEFENDANTS BURLINGTON INSURANCE COMPANY AND FIRST FINANCIAL INSURANCE COMPANY AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on the above date, time and place, or soon thereafter as counsel may be heard by the above entitled court, located at 450 Golden Gate Avenue, San Francisco, California, in the courtroom of Hon. Judge Martin J. Jenkins, Defendants Hotel Sunrise, LLC, d.b.a. Hotel Sunrise, Kirit B. Patel, a.k.a. Ken Patel and Dharmesh B. Patel, a.k.a. Danny Patel ("Defendants"), will and hereby do move the Court to Dismiss Plaintiffs Burlington Insurance Company's and First Financial Insurance Company's ("Plaintiffs") Complaint and, in the alternative, to stay the instant action pending a final resolution of the underlying wrongful eviction action, *Lastra v. Hotel Sunrise*, San Francisco Superior Court Case Number CGC-06-454834, or pending further order of this Court. This motion is brought on the following grounds:

1) The Ninth Circuit holds that Federal Courts should not exercise jurisdiction over an insurers' declaratory relief action during the pendancy of a related third party tort action in State Court; and

2) Long standing California legal authority holds that it is improper for an insurer to file a declaratory relief action *while* an underlying tort action is pending and that doing so is grounds for dismissing or staying the declaratory relief action.

NOTICE IS HEREBY GIVEN that concurrent with moving to dismiss Plaintiffs' Complaint or, alternatively, moving to stay the instant action, Defendants will and hereby do *Move to Change Time Pursuant to Local Rule 6-3*. Defendants seek such relief in the event that the instant Motion to Dismiss on Jurisdictional Grounds or in the Alternative Stay All

- 1 -

Defendants' Re-Notice of Motion to Dismiss                    CASE NO. C 07 4625 MJJ

1361817.2

Proceedings is in any way deemed untimely. Specifically, Defendants seek to extend the time in which to file the instant motion up to and including October 5, 2007--the day that this motion was actually filed.

The foregoing *Motion to Dismiss on Jurisdictional Grounds or in the Alternative Stay All Proceedings* and *Motion to Change Time Pursuant to Local Rule 6-3* are based on this Re-Notice of Motion and Motion, and the previously filed Memorandum of Points and Authorities, Declaration of Alexander J. Berline, Declaration of Walter G. Crump, Declaration of Ken Patel, the pleadings and papers on file herein, and upon such other matters or arguments as may be presented to the Court at the time of the hearing.

DATED: October 16, 2007              Respectfully submitted,

                                                 HANSON, BRIDGETT, MARCUS, VLAHOS & RUDY, LLP

By:           /S/
WALTER G. CRUMP
Attorneys for
Hotel Sunrise, LLC; Kirit B. Patel;
and Dharmesh B. Patel

- 2 -

Defendants' Re-Notice of Motion to Dismiss        CASE NO. C 07 4625 MJJ

1361817.2