# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| The Burlington Insurance Company,<br><br>            Plaintiff(s),<br><br>   v.<br><br>Hotel Sunrise,LLC,<br><br>            Defendant(s). | 07-04625 MJJ<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

    The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

    Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

---

**Notice Re: Noncompliance With Court Order**
07-04625 MJJ                       -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.
3
4        It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.
6
7
8  Dated: January 16, 2008
9                                                RICHARD W. WIEKING
                                                  Clerk
10                                               by:    Timothy J. Smagacz

11                                               _____
12                                               ADR Administrative Assistant
                                                  415-522-4205
13                                               Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
07-04625 MJJ                              -2-

PROOF OF SERVICE

Case Name:       The Burlington Insurance Company v. Hotel Sunrise,LLC

Case Number:     07-04625 MJJ

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On January 16, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> David B.A. Demo
> LHB Pacific Law Partners LLP
> 5858 Horton Street
> Suite 370
> Emeryville, CA 94608
> ddemo@plawp.com
>
> Jenny Jen-Yi Chu
> LHB Pacific Law Partners LLP
> 5858 Horton St., Suite 370
> Emeryville, CA 94608
> jchu@plawp.com
>
> Walter G. Crump
> Hanson Bridgett Marcus Vlahos Rudy, LLP
> 425 Market Street, 26 Floor
> San Francisco, CA 94105
> wcrump@hansonbridgett.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 16, 2008 in San Francisco, California.

        RICHARD W. WIEKING
        Clerk
        by:    Timothy J. Smagacz

        _____
        ADR Administrative Assistant
        415-522-4205
        Tim_Smagacz@cand.uscourts.gov