**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: February 27, 2008

Case No.  C 07-04625 WHA

Title: BURLINGTON INSURANCE v. HOTEL SUNRISE

Plaintiff Attorneys: David Demo

Defense Attorneys: Richard Stratton; Caron Stapleton (specially)

Deputy Clerk:  Dawn Toland              Court Reporter: Kathy Powell

**PROCEEDINGS**

1)   CMC - HELD

2)

Continued to **5/29/08 at 11:00am**  for Further Case Management Conference

**ORDERED AFTER HEARING:**

The Stay is continued to allow time for the underlying case to proceed to trial.  Court will consider whether or not to lift the stay and set a trial date at the next hearing on 5/29/08.