# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

The Burlington Insurance Company and First
Financial Insurance Company

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C 07-04625WHA

V.

Hotel Sunrise, LLC., d.b.a. Hotel Sunrise;
Kirit B. Patel a.k.a. Ken Patel; Dharmesh B.
Patel a.k.a. Danny Patel, and DOES 1 through
20.

TO:

Penn-America Insurance Company
Three Bala Plaza East, Suite 300
Bala Cnwyd, PA 19004

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David B. A. Demo, Esq. (SBN 153997)
Jenny J. Chu, Esq. (SBN 2230777)
LHB PACIFIC LAW PARTNERS, LLP
5858 Horton Street, Suite 370
Emeryville, CA 94608
Tel: (510) 841-7777
Fax: (510) 841-7776

an answer to the *Amended* complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE APR 11 2008

SUSAN IMBRIANI

(BY) DEPUTY CLERK