IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BURLINGTON INSURANCE COMPANY, et al., <br><br> Plaintiff, <br><br> v. <br><br> HOTEL SUNRISE, LLC, et al., <br><br> Defendant. _____/ | No. C 07-04625 WHA <br><br> **CLERK'S NOTICE RESCHEDULING HEARING TIME** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

YOU ARE NOTIFIED THAT because the Court will be in trial, the case management conference previously set for **May 29, 2008 at 11:00 a.m.** has been rescheduled for May 29, 2008 at 3:30 p.m., before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: May 16, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
 Dawn Toland
 Courtroom Deputy to the
 Honorable William Alsup