IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BURLINGTON INS. CO., | No. C 07-04625 WHA |
| Plaintiff, | |
| v. | **CLERK'S NOTICE RESCHEDULING HEARING TIME** |
| HOTEL SUNRISE, | |
| Defendant.                              / | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

    YOU ARE NOTIFIED THAT the time for the Further Case Management Conference previously set for 3:30 p.m. on May 29, 2008 has been rescheduled for ***3:00 p.m.* on May 29, 2008**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated:   May 29, 2008                                    FOR THE COURT,

                                                                                Richard W. Wieking, Clerk

                                                                                By: _____
                                                                                     Dawn Toland
                                                                                Courtroom Deputy to the
                                                                                Honorable William Alsup

**United States District Court**
For the Northern District of California