**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>May 29, 2008</u>

Case No.  <u>C 07-04625 WHA</u>

Title: <u>BURLINGTON INSURANCE</u>  v. <u>HOTEL SUNRISE</u>

Plaintiff Attorneys: David Emo

Defense Attorney: Walter Krump

Deputy Clerk:  <u>Dawn Toland</u>

Court Reporter: <u>Kathy Powell</u>

**PROCEEDINGS**

1)   <u>Further CMC - Held</u>

2)   <u>                                                                </u>


Continued to <u>**7/3/08 at 11:00 am**</u>   for Further Case Management Conference

Continued to <u>   </u> for Pretrial Conference

Continued to <u>   </u> for Bench Trial

**ORDERED AFTER HEARING:**

Parties have reached a settlement and request additional time to finalize the agreement.  Court will vacate the next hearing if the parties file a dismissal order at least two days prior.