

DAVID B. DEMO (SBN 153997);ddemo@plawp.com
JENNY J. CHU (SBN 223077); jchu@plawp.com
LHB PACIFIC LAW PARTNERS, LLP
5858 Horton Street, Suite 370
Emeryville, CA 94608
Tel: (510) 841-7777
Fax: (510) 841-7776

ATTORNEYS FOR PLAINTIFFS:
THE BURLINGTON INSURANCE COMPANY
AND FIRST FINANCIAL INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY and FIRST FINANCIAL INSURANCE COMPANY<br><br>Plaintiffs,<br><br>v.<br><br>HOTEL SUNRISE, LLC., d.b.a. HOTEL SUNRISE; KIRIT B. PATEL a.k.a. KEN PATEL; DHARMESH B. PATEL a.k.a. DANNY PATELL, PENN AMERICA and DOES 1 through 20,<br><br>Defendant(s). | Case No.: C 07-04625 WHA<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)** |

Plaintiffs THE BURLINGTON INSURANCE COMPANY ("Burlington") and FIRST FINANCIAL INSURANCE COMPANY ("FFIC"); and defendants HOTEL SUNRISE, LLC., dba HOTEL SUNRISE; KIRIT B. PATEL a.k.a. KEN PATEL; DHARMESH B. PATEL a.k.a. DANNY PATELL (collectively referred to herein as "Defendants"), through their respective counsel, HEREBY STIPULATE to the following:

1.    On or about September 7, 2007, Burlington and FFIC filed the instant action against Defendants.

2.    On or about October 5, 2007, Defendants filed a motion to dismiss the action.

3.    On or about December 3, 2007, the Court denied Defendants' motion, but granted

1

LHB Pacific Law Partners, LLP
5858 Horton Street, Suite 370
Emeryville, CA  94608
(510) 841-7777 - Facsimile (510) 841-7776

1  a stay of the proceedings.

2      4.    On or about February 20, 2008, Burlington and FFIC amended its complaint to

3  add Penn America as a defendant.

4      5.    Penn America has not yet been served, and has never appeared in this action.

5      6.    It is hereby stipulated, by and between the parties to this action, through their

6  designated counsel, that this entire action and each and every claim, cause of action, request for

7  relief and/or demand asserted in it by any party **shall be and hereby are dismissed with**

8  **prejudice, pursuant to FRCP 41(a)(1).**

9      IT IS SO STIPULATED.

10

11  DATED: June 23 2008          LHB PACIFIC LAW PARTNERS, LLP

12

13

14                                   DAVID B.A. DEMO

                                 JENNY J. CHU

15                                   Attorneys for Plaintiffs

16

17  DATED: June __, 2008          HANSON, BRIDGETT, MARCUS,

18                                   VLAHOS, RUDY, LLP

19

20

21                                   ALEXANDER BERLINE

                                 Attorneys for Defendants HOTEL SUNRISE, LLC.,

22                                   d.b.a. HOTEL SUNRISE; KIRIT B. PATEL a.k.a.

                                 KEN PATEL; DHARMESH B. PATEL a.k.a.

23                                   DANNY PATEL

24

25

26

27

28

LHB Pacific Law Partners, LLP
5858 Horton Street, Suite 370
Emeryville, CA. 94608
(510) 841-7777 - Facsimile (510) 841-7776

Case No.: C07-04625 WHA               Stipulation of Voluntary Dismissal with Prejudice

1   a stay of the proceedings.

2       4.      On or about February 20, 2008, Burlington and FFIC amended its complaint to

3   add Penn America as a defendant.

4       5.      Penn America has not yet been served, and has never appeared in this action.

5       6.      It is hereby stipulated, by and between the parties to this action, through their

6   designated counsel, that this entire action and each and every claim, cause of action, request for

7   relief and/or demand asserted in it by any party **shall be and hereby are dismissed with**

8   **prejudice, pursuant to FRCP 41(a)(1).**

9       IT IS SO STIPULATED.

10

11  DATED: June ___, 2008                    LHB PACIFIC LAW PARTNERS, LLP

12

13

14                                           DAVID B.A. DEMO
                                             JENNY J. CHU
15                                           **Attorneys for Plaintiffs**

16

17  DATED: June 23 2008                      HANSON, BRIDGETT, MARCUS,
18                                           VLAHOS, RUDY, LLP

19

20

21                                           ALEXANDER BERLINE
                                             Attorneys for Defendants HOTEL SUNRISE, LLC.,
22                                           d.b.a. HOTEL SUNRISE; KIRIT B. PATEL a.k.a.
                                             KEN PATEL; DHARMESH B. PATEL a.k.a.
23                                           DANNY PATEL

24

25

26

27

28

LHB Pacific Law Partners, LLP
5858 Horton Street, Suite 370
Emeryville, CA 94608
(510) 841-7777 · Facsimile (510) 841-7776

2

Case No.: C07-04625 WHA          Stipulation of Voluntary Dismissal with Prejudice